UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAIRO B PEDROZA,

        Plaintiff,

  v.

FRED FIGUEROA, Warden,

        Defendant.

Case Number: CV12-04702 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 6, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jairo Bravo Pedroza G-40867  
Pleasant Valley State Prison  
C-5-101  
P.O. Box 8500  
Coalinga, CA 93210

Dated: September 6, 2013

                  Richard W. Wieking, Clerk

                  By: Barbara Espinoza, Deputy Clerk